UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 14-21139-CIV-MORENO

ALEX GARCIA ENTERPRISES, INC.,

    Plaintiff,

vs.

ESTEFAN ENTERPRISES, CRESCENT MOON, INC., *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of Plaintiff's complaint.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that a Plaintiff corporation may not represent itself. *See Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1984) (citing 28 U.S.C. § 1654 and holding that corporations must always be represented by counsel). Plaintiff, therefore, cannot proceed without counsel. It is also

ADJUDGED that Plaintiff's complaint is dismissed without prejudice for failure to state a federal cause of action. It is also

ADJUDGED that all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided:
Alex Garcia Enterprises, Inc.
976 Douglas Ave, 2nd Floor
Providence, RI 02908